UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HENRY J. JACKSON,

    Plaintiff,                               Case No. 1:10-cv-543

v.                                               HON. JANET T. NEFF

BLAINE LAFLER,

        Defendant.
_____/


**FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Dkt 7) are DENIED, and the Report and Recommendation (Dkt 3) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to pursuant to 28 U.S.C. § 2253(c) that a certificate of appealability be DENIED.


DATED: December 7, 2010                        /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                        United States District Judge